STATE of Missouri, Respondent,

v.

Daniel W. DWYER, Appellant.

No. WD 67575.

Missouri Court of Appeals,
Western District.

July 1, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2008.

Application for Transfer Denied Oct. 28, 2008.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., THOMAS H. NEWTON, and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Daniel Dwyer appeals his conviction for first-degree assault, section 565.050. He challenges the sufficiency of the evidence and the exclusion of relevant statements within a medical record.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Todd N. HICKCOX, Appellant.

No. WD 68004.

Missouri Court of Appeals,
Western District.

July 1, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2008.

Application for Transfer Denied Oct. 28, 2008.

William E. Shull, Jr., Liberty, MO, for Appellant.

Cory Atkins, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., THOMAS H. NEWTON, and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Mr. Todd Hickcox appeals his convictions for involuntary manslaughter and leaving the scene of an accident.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).